GERALD S. OHN (SBN 217382)
gerald@ohnlaw.com
**LAW OFFICES OF GERALD S. OHN**
9595 Wilshire Blvd.
Suite 900 PMB 211
Beverly Hills, CA 90212
Telephone:  310-300-8477
Facsimile:  310-694-3049

Attorney for Plaintiff Mark Moore

JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **MARK MOORE,**<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>**UTILITY WORKERS UNION OF AMERICA, LOCAL 132, AFL-CIO, et al.,**<br><br>　　　　　　Defendants. | Case No. CV 11-5966 PA (MANx)<br><br>**ORDER TO DISMISS ACTION**<br><br>Courtroom:  15<br>Judge:  The Honorable Percy Anderson<br><br>Action Filed:  July 20, 2011 |

　　Based on the stipulation of the parties to this action, plaintiff MARK MOORE and defendants UTILITY WORKERS UNION OF AMERICA, LOCAL 132, AFL-CIO and UTILITY WORKERS UNION OF AMERICA, and under Fed. R. Civ. P. 41(a), this action is hereby dismissed, in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees.

Dated:  December 6, 2011

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　　　　　　　United States District Judge

1